AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**EASTERN DIVISION**

| | |
|---|---|
| TONEY LEE ARRINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 4:13-CV-13-D** |
| JAMES L. KNIGHT, Sheriff of Edgecombe ) | |
| County, RAY A. HINES, Edgecombe County ) | |
| Detention Officer in his individual capacity, ) | |
| DORIS J. THOMAS, Edgecombe County ) | |
| Detention Sergeant in her individual capacity, ) | |
| DETENTION SERGEANT HARRIS, ) | |
| Edgecombe County Detention Sergeant in his ) | |
| individual capacity, EDGECOMBE COUNTY, ) | |
| THE OHIO CASUALTY INSURANCE ) | |
| COMPANY, as surety, ) | |
| ) | |
| Defendants. ) | |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that Judgment is hereby entered against Defendants Sheriff James L. Knight, Ray A. Hines, Doris J. Thomas, Ruffin Harris, The Ohio Casualty Insurance Company, and Edgecombe County in the amount of $5,000.00, which includes costs and attorneys' fees accrued to date.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **OCTOBER 22, 2013** WITH A COPY TO:

Eric Doggett (via CM/ECF electronic notification)
Bradley Wood (via CM/ECF electronic notification)


| | |
|---|---|
| October 22, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/ Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |